THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAIRD NORTON WETHERBY TRUST COMPANY fka LAIRD NORTON TRUST COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY; THE CONTINENTAL INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; and THE TRAVELERS INDEMNITY COMPANY<br><br>Defendants. | No. 2:24-cv-00955-KKE<br><br>**STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by Plaintiff and Defendants, through their respective attorneys, that all claims asserted by Plaintiff against Defendants shall be dismissed.

DATED this 7th day of May, 2025.

| | |
|---|---|
| CORR CRONIN LLP | SCHEER LAW, PLLC |
| *s/ Michael A. Moore* | *s/ Jennifer L. Crow* |
| Michael A. Moore, WSBA No. 27047 | Jennifer L. Crow, WSBA No. 43746 |
| Kelly H. Sheridan, WSBA No. 44746 | 2101 Fourth Avenue, Suite 830 |
| Joshua F. Gonzales, WSBA No. 59507 | Seattle, WA 98121 |
| 1015 Second Avenue, Floor 10 | Ph: (206) 800-4070 |
| Seattle, WA 98104 | jen@scheer.law |

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL- Page 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
ksheridan@corrcronin.com
jgonzales@corrcronin.com

*Attorneys for Plaintiff*

SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP

*s/ Matthew Munson*
Matthew Munson
600 University Street, Suite 2305
Seattle, WA 98101
(206) 447-6461
mmunson@selmanlaw.com

*Attorney for Defendants Continental Casualty Company and The Continental Insurance Company*

*Attorney for Defendants The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL- Page 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

THIS MATTER having come before the Court on the above stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are DISMISSED with prejudice.

DONE this 7th day of May, 2025.

Kymberly K. Evanson
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Michael A. Moore*
Michael A. Moore, WSBA No. 27047
Kelly H. Sheridan, WSBA No. 44746
Joshua F. Gonzales, WSBA No. 59507
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: (206) 625-8600
Fax: (206) 625-0900
mmoore@corrcronin.com
ksheridan@corrcronin.com
jgonzales@corrcronin.com

*Attorneys for Plaintiff*

SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP

*s/ Matthew Munson*
Matthew Munson
600 University Street, Suite 2305
Seattle, WA 98101
(206) 447-6461
mmunson@selmanlaw.com

*Attorney for Defendants Continental Casualty Company and The Continental Insurance Company*

SCHEER LAW, PLLC

*s/ Jennifer L. Crow*
Jennifer L. Crow, WSBA No. 43746
2101 Fourth Avenue, Suite 830
Seattle, WA 98121
Ph: (206) 800-4070
jen@scheer.law

*Attorney for Defendants The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

STIPULATED MOTION TO DISMISS AND (PROPOSED) ORDER OF DISMISSAL- Page 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900